UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ROHN,

    Plaintiff,                             Case No. 13-cv-10780

v.                                          HONORABLE STEPHEN J. MURPHY, III

COMMERCIAL RECOVERY SYSTEMS,
INCORPORATED,

    Defendant.
_____/

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION** (document no. 11) **AND GRANTING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** (document no. 9)

On October 29, 2013, the magistrate judge issued a report and recommendation ("Report"), recommending that the Court grant Plaintiff Ronald Rohn's motion for default judgment as to Defendant Commercial Recovery Systems, Incorporated. Report, ECF No. 11. The parties had until November 13, 2013, to object to the Report. *See* ED Mich. LR 72.1(d)(2). No objections were filed. Any review of the Report is thus discretionary. *See* Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because the Court finds no error in the Report, the Court will adopt the Report and grant Rohn's motion for default judgment.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Report (document no. 11) is **ADOPTED** and Rohn's motion for default judgment (document no. 9) is **GRANTED**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 26, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 26, 2013, by electronic and/or ordinary mail.

Carol Cohron
Case Manager